UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILL RODGERS PETERSON, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:12-cv-02858-CLS-JEO |
| | ) |
| **ALABAMA SENTENCING** | ) |
| **COMMISSION,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on May 13, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 9.) Plaintiff filed objections to the report and recommendation on May 28, 2013. (Doc. 11.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

DONE this 30th day of September, 2013.

_____
United States District Judge